UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES VELISSARIS, Petitioner, -v- UNITED STATES OF AMERICA, Respondent. | 25cv10059(DLC) 22cr105(DLC) ORDER |

DENISE COTE, District Judge:

On July 24, 2026, James Velissaris executed an Attorney-Client Privilege Waiver in order to proceed with the ineffective assistance of counsel claim contained in his habeas petition. It was filed on July 30. Accordingly, it is hereby

ORDERED that the deadlines in the Court's July 15 Order shall govern further briefing on this claim. The Government shall file its response to this claim by **September 28, 2026.**

Dated: New York, New York
August 4, 2026

DENISE COTE
United States District Judge